UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE WILLIAMS, | Case No.  2:21-cv-01654-JAD-EJY |
| Plaintiff | **ORDER** |
| v. | |
| GREGORY BRYANT et al., | |
| Defendants. | |

Plaintiff moves for a 90-day extension of time to file his amended complaint, originally due on December 29, 2021.  ECF No. 7.  The Court grants in part and denies in part the request for an extension of time.  Plaintiff will file an amended complaint on or before February 18, 2022.  Additionally, Plaintiff should follow the procedures outlined in the Nevada Department of Corrections Administrative Regulation 639 if he needs to review his medical records.  If Plaintiff fails to file an amended complaint by February 18, 2022, the Court will recommend dismissal of this case without prejudice.  *See* ECF No. 5 at 10.

IT IS HEREBY ORDERED that the Motion for an Extension of Time (ECF No. 7) is GRANTED in part and DENIED in part.  Plaintiff shall file an amended complaint on or before **February 18, 2022**.

IT IS FURTHER ORDERED that if Plaintiff fails to file an amended complaint on or before February 18, 2022, the Court will recommend dismissal of this action without prejudice.

DATED THIS 10th day of January 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE