# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE WILLIAMS, | Case No.: 2:21-cv-01654-JAD-EJY |
| Plaintiff, | **Order** |
| v. | |
| GREGORY BRYANT et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Continuance and Other Relief (ECF No. 9). Plaintiff seeks an extension of time to file his amended complaint that was due on February 18, 2022. *Id.* at 1. Plaintiff further seeks an order permitting him to see his medical records. *Id.* at 2. Plaintiff asserts that he was "not able to arrange . . . review [of] his medical records" because of a lockdown due to the Covid-19 omicron variant. *Id.* at 1-2.

Accordingly, IT IS HEREBY ORDERED that Motion for Continuance and Other Relief (ECF No. 9) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Plaintiff's request for extension of time to file his amended complaint is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall filed his amended complaint on or before **March 31, 2022**. The Court will **not** grant any more extensions of time. If Plaintiff does not file an amended complaint by March 31, 2022, the Court will recommend dismissing this case without prejudice. *See* ECF No. 5 at 10.

IT IS FURTHER ORDERED that Plaintiff's request for a court order to view his medical records is DENIED. As noted in the Court's January 10, 2022 Order, ECF No. 8, if Plaintiff wants to see his medical records, he must follow the procedures outlined in Nevada Department of Corrections Administrative Regulation 639.

Dated this 25th day of February, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2