UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE WILLIAMS,<br><br>Plaintiff<br><br>v.<br><br>GREGORY BRYANT et al.,<br><br>Defendants. | Case No. 2:21-cv-01654-JAD-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Filing Deadline and Other Relief. ECF No. 11. In his Motion, Plaintiff states he has been unable to review his medical files and has been unsuccessful in accessing the prison law library. *Id.* at 1. Plaintiff seeks a court order waiving the filing fee, dismissing the actions without prejudice, and directing the Nevada Attorney General to enter a limited appearance for purpose of entering into settlement. *Id.* at 2.

The Court denies Plaintiff's Motion. As stated in the screening order, Plaintiff has not stated any colorable claims. ECF No. 5. Although Plaintiff is having trouble amending his complaint because he believes he needs access to his medical records to do so, the Court will not order the Office of the Attorney General to enter into settlement with him. In addition, if Plaintiff wants to voluntarily dismiss this action without prejudice to file a new complaint when he is able to access his medical files, Plaintiff may file such a notice with the Court. If Plaintiff files a notice of voluntary dismissal on or before June 3, 2022, the Court will waive Plaintiff's filing fee. If Plaintiff does not want to voluntarily dismiss this case, Plaintiff has one final opportunity to file an amended complaint on or before June 3, 2022. If Plaintiff fails to file an amended complaint by that date, the Court will recommend dismissing this case without prejudice.

Accordingly, IT IS HEREBY ORDERED that the Motion for Filing Deadline and Other Relief (ECF No. 11) is DENIED.

IT IS FURTHER ORDERED that Plaintiff will either file a notice of voluntary dismissal or an amended complaint on or before June 3, 2022. If Plaintiff fails to do either, the Court will recommend dismissing this case without prejudice.

DATED this 4th day of May, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE