UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINE WILLIAMS, | Case No. 2:21-cv-01654-CDS-EJY |
| Plaintiff | ORDER |
| v. | |
| GREGORY BRYANT et al., | |
| Defendants. | |

**I.  DISCUSSION**

Plaintiff previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint under 42 U.S.C. § 1983. ECF Nos. 1, 1-1. During screening, the Court dismissed the complaint in its entirety and granted Plaintiff leave to amend. ECF No. 5 at 10. At Plaintiff's request, the Court extended Plaintiff's time to file his amended complaint multiple times. ECF Nos. 8, 10, 13. In its last order, the Court gave Plaintiff the option of filing a motion to voluntarily dismiss his case without prejudice by June 3, 2022 and noted it would waive the filing fee if Plaintiff chose that option. ECF No. 13.

Plaintiff timely filed a motion for voluntary dismissal. ECF No. 14. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

**II.  CONCLUSION**

For the foregoing reasons, it is ordered that the motion for voluntary dismissal (ECF No. 14) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

It is further ordered that the Clerk of the Court will close the case.

DATED this 13th day of June 2022.

_____
UNITED STATES DISTRICT JUDGE